No. 83–1158. ESTATE OF THORNTON ET AL. *v.* CALDOR, INC. Sup. Ct. Conn. [Certiorari granted, *ante,* p. 1078.] Motion of Connecticut for leave to intervene as a party petitioner granted.

No. 83–1246. PEICK ET AL. *v.* PENSION BENEFIT GUARANTY CORPORATION. C. A. 7th Cir. Motion of American Trucking Associations, Inc., for leave to file a brief as *amicus curiae* granted.

No. 83–1279. FLORIDA *v.* MEYERS, AKA WEYERS. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 83–5778. ORDWAY *v.* REGION 13 MENTAL HEALTH-MENTAL RETARDATION COMMISSION, DBA GULF COAST MENTAL HEALTH CENTER, ET AL., 464 U. S. 1067. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 83–1035. TENNESSEE *v.* GARNER ET AL.; and

No. 83–1070. MEMPHIS POLICE DEPARTMENT ET AL. *v.* GARNER ET AL. C. A. 6th Cir. Motion of Cleamtee Garner for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted in No. 83–1035. Certiorari granted in No. 83–1070. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 710 F. 2d 240.

No. 83–728. HERB'S WELDING, INC., ET AL. *v.* GRAY ET AL. C. A. 5th Cir. Certiorari granted. 

No. 83–859. CALIFORNIA *v.* CARNEY. Sup. Ct. Cal. Certiorari granted. 

No. 83–1170. UNITED STATES *v.* 50 ACRES OF LAND ET AL. C. A. 5th Cir. Certiorari granted. 

No. 83–935. UNITED STATES *v.* ABEL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.